# **<u>Exhibit 2</u>**

**Natan Pheil**  Thursday, April 30, 2015 8:25 AM

**Subject:** SportPort
**Date:** Thursday, May 29, 2014 at 9:58 AM
**From:** Zoe Morelli <Zoe.Morelli@UTSouthwestern.edu>
**To:** Natan Pheil <npheil@norfolkmedical.com>, "Michael Dalton (mjdalton@norfolkmedical.com)" <mjdalton@norfolkmedical.com>
**Category:** Work

I had to take all of the Norfolk Logos off of the data so that it could be presented to UTSW acquisitions as well as to include it as part of an IRB submission but other than a few changes I left it as is. We are moving forward with requesting patient placement of the SportPort for our Apheresis patients. Once the integration of the new Ports are approved to be ordered by UTSW we will request them to be placed in patients referred for ports. We have two current patients who are volunteering for SportPort placement at this point.

I'll keep you updated on our progress.

Zoe Morelli
Therapeutic Apheresis
5151 Harry Hines Blvd
Dallas Texas 75390
Zoe.Morelli@UTSouthwestern.edu
214-645-4407 (Office) 214-645-4410 (Spectra Link)
214-786-3859 (Pager)  469-247-8112 (Cell) Mail Stop: 9294

UT Southwestern Medical Center
The future of medicine, today.

**Natan Pheil**                                                                                                                                               Thursday, April 30, 2015 8:25 AM

**Subject: RE: FDA Approval**
**Date:** Thursday, May 29, 2014 at 11:00 AM
**From:** Brian Gaddy <bgaddy@ProgressiveMedInc.com>
**To:** Natan Pheil <npheil@norfolkmedical.com>, Zoe Morelli <Zoe.Morelli@UTSouthwestern.edu>, "Michael Dalton (mjdalton@norfolkmedical.com)" <mjdalton@norfolkmedical.com>

Zoe,

I am having the pricing and order information updated. I'll be able to send it over this afternoon.

In the past we've worked with Michael Dubrick in IR, should I also include him?

I'm going to be at Zale OR next Thursday the 5th. I drop down to see you while I'm in the hospital.

Brian


**From:** Natan Pheil [mailto:npheil@norfolkmedical.com]
**Sent:** Thursday, May 29, 2014 10:46 AM
**To:** Zoe Morelli; Michael Dalton (mjdalton@norfolkmedical.com)
**Cc:** Brian Gaddy
**Subject:** Re: FDA Approval

Hi Zoe,

Not a problem at all.

I have also copied Brian Gaddy as you will deal directly with him for port ordering, and he will also provide you with the cost information for comparison to Vortex.

From your initial email, *"Can you give me the catalog / order # for the Std SportPort w/9F PUR Catheter & the NorPort-Dual Lumen w/10.5F Dual-Lumen PUR"*, the catalog numbers are as follows:

SP-31422(K/KV) – Std SportPort w/9F attachable PUR Catheter --> please specify whether you'd like that with a standard introducer kit ("K") or with a valved introducer kit ("KV")
NP-41522(K/KV) - NorPort-DL w/10.5F attachable Dual-Lumen PUR Catheter --> please specify whether you'd like that with a standard introducer kit ("K") or with a valved introducer kit ("KV")

Brian can also provide you with a full catalog number list.

I have attached our Instructions for Use Manual (IFU's) that list our indications for use on Page 1. Please note the attachments are in booklet form, so page 1 is actually on page 3 of the PDF.

We received FDA 510(k) clearance for the NorPort Line on January 14th, 2011 (K102385) and August 25th, 2011 (K111101, added Power Rating) and for the SportPort Line on October 27th, 2011 (K112713). I have attached a copy of the approval letters for your reference.

Please let me know if there is anything else you need.

Best Regards,
Natan


On 5/29/14 10:14 AM, "Zoe Morelli" <Zoe.Morelli@UTSouthwestern.edu> wrote:

When did these ports receive FDA approval?

Do you have a copy of the indications for use so that we can compare them to Vortex.

Also do you have a cost comparison so we can compare to our current Vortex cost?

I apologize for the multiple emails but the committee is requesting additional information.

Thank you,

Zoe Morelli
Therapeutic Apheresis
5151 Harry Hines Blvd
Dallas Texas 75390
Zoe.Morelli@UTSouthwestern.edu
214-645-4407 (Office) 214-645-4410 (Spectra Link)
214-786-3859 (Pager)  469-247-8112 (Cell) Mail Stop: 9294

UT Southwestern Medical Center
The future of medicine, today.

**Natan Pheil** Thursday, April 30, 2015 8:26 AM

**Subject: Norfolk SportPort**
**Date:** Thursday, August 28, 2014 at 7:52 PM
**From:** Jeff Connerly <JConnerly@ProgressiveMedInc.com>
**To:** Mike Dalton <mjdalton@norfolkmedical.com>
**Cc:** Natan Pheil <npheil@norfolkmedical.com>, Jordan Dalton <jdalton@norfolkmedical.com>, Mark Martin <MMartin@progressivemedinc.com>, Tony Allen <tallen@progressivemedinc.com>

Mike,

  I needed to bring this to your attention. Brian Gaddy and I went by to check on Zoe at Zale/UT Southwestern today as Zoe had not been responding to his emails for an update on the SportPort Apheresis study. To our surprise we discovered that Zoe was no longer there. That was not the biggest shocker as the Apheresis staff told us that the SportPort Apheresis study had been stopped because Angiodynamics notified them that the SportPort actually belonged to Angiodynamics and that we could not legally sell the SportPort. If this is a ploy by Angiodynamics to shut down our efforts with the SportPort it needs to be addressed by Norfolk so the customers know that Angiodynamics is trying to deceive them and that SportPort belongs 100% to Norfolk Medcial. This is now one of several instances where the Angiodynamics reps have told this same story to customers we have been promoting the SportPort too so this message is obviously being given to all the Angiodynamic's reps from Angiodynamics corporate. We need your help addressing this if we are to be successful overcoming this objection.
  On another note, for the SportPort studies we are working together on, Mark has directed myself and Lisa Clark, one of our corporate nurses, to oversee these. I will work with the regionals managers to help determine study sights based on study directors requirements in section 4 to present to you and Lisa will be working with the clinical nurses to make sure all forms are completed correctly and accurately.
  We are excited to be working with you on this project and look forward to hearing from you on addressing this serious concern from Angiodynamics.

Best Regards,


# Jeff Connerly

Senior Regional Manager/ Dir. Product Development
Progressive Medical Inc.
997 Horan Drive
Fenton, MO 63026
314-422-9773 Cell

**Natan Pheil** <span style="float:right">Thursday, April 30, 2015 8:30 AM</span>

**Subject: FW: SportPort Clarification information**
**Date:** Wednesday, October 1, 2014 at 8:07 PM
**From:** Brian Gaddy <bgaddy@ProgressiveMedInc.com>
**To:** Jeff Connerly <JConnerly@ProgressiveMedInc.com>, "Michael Dalton (mjdalton@norfolkmedical.com)" <mjdalton@norfolkmedical.com>, Jordan Dalton <jdalton@norfolkmedical.com>, Natan Pheil <npheil@norfolkmedical.com>

Here is the email I sent last month. I received no response from either.

I have been by the clinic twice since then. Jennifer Wintz is who I've talked to.

I have left a message for Rebecca Dill this afternoon.


Brian


**From:** Brian Gaddy
**Sent:** Wednesday, September 10, 2014 6:54 AM
**To:** 'ravi.sarode@utsouthwestern.edu'; 'karen.matevosya@utsouthwestern.edu'
**Cc:** jconnerly@progressivemedinc.com
**Subject:** SportPort Clarification information

Drs. Matevosya and Sarode


I wanted to reach out to you two to clarify some information that is being spread about the Sportport that we had the bench test on earlier this year.

When I was in the Apheresis unit a couple of weeks back I was told by the staff that the AngioDynamics rep came in and made some claims about the Sportport.

As the Norfolk distributor, I needed to clarify the information about the manufacture before I could confidently let you know what is going on.

I addressed those claims with Mr. Mike Dalton CEO of Norfolk medical. He states that any claim by AngioDynamics about the Sportport are in accurate.

Norfolk Medical fully owns the patent and all rights to the Sportport. As such, Progressive Medical is the exclusive distributor.

Please review his letter to the CEO of Progressive Medical.

With full confidence in the dynamics of the Sportport I would like to continue the process at UT Southwestern for the implementation of the Sportport.
Whether that is for study or for full use.


What should I be doing to help assist you in this matter? Realizing that Zoe is no longer their I'm not sure what to do next. Should I reach out to Michael Dubrick in IR?


Thank you,

Brian Gaddy
817-909-7959



**Norfolk Medical**
7350 N. Ridgeway • Skokie, IL, USA • 847-674-7075

September 8, 2014

Mr. Mark Martin, President
Progressive Medical, Inc.
997 Horan Drive
Fenton, MO 63026

Dear Mr. Martin:

This letter is to clarify a few rumors and false statements that are being circulated within the medical community concerning Norfolk Medical and its products and AngioDynamics.

With respect to the SportPort, the SportPort was created and developed solely by Norfolk Medical, and Norfolk Medical has filed a patent application on the unique features and the extremely efficient flow and flushing characteristics that this design presents. AngioDynamics does not own nor has any rights to this design, and there have not been any past or current discussions between AngioDynamics and Norfolk Medical regarding this design. Please ask for written verification from the AngioDynamics representative of the claim that AngioDynamics owns or will soon own the SportPort. It is important to obtain clarification and closure of this misrepresentation.

Additionally, there seems to be confusion as to the creation, development and introduction of the Vortex Port currently supplied by AngioDynamics. The Vortex clear-flow design concept was created by Norfolk Medical in 1996 and patented by Norfolk Medical in 1999. The design was sold to Horizon Medical who later merged with Rita Medical before finally being acquired by AngioDynamics. AngioDynamics did not create or develop the Vortex. They simply purchased the company that owned the product. The design created in 1996 remains essentially the same.

Norfolk Medical has been a pioneer in Vascular Assess/Port technology arena since 1981. We began by creating MediPort, and soon followed with other port innovations such as the OmegaPort, the TitanPort, and the Vortex. Now, we have created the SportPort, as a second Generation Clearflow Port that boasts an improvement over the Vortex Clean Flushing design. These false statements simply validate the superiority of the SportPort over the Vortex and indicate the desperate measures and tactics that AngioDynamics is using to interfere with any trials or evaluations.

While we must believe that the person or persons telling these stories are simply ignorant of the facts and have been told this by management, it is also entirely possible that they know the truth and are intentionally creating falsehoods to both strengthen their competitive position and to remove the competition. This is never a desirable position and is an indication of competitive weakness.

If anyone would require personal clarification of the facts, please do not hesitate calling me or e-mailing me as these are important issues to remove from the marketplace. Please share this letter with anyone who may have heard these falsehoods as a competitive issue stated by any AngioDynamics representative.

Sincerely,

Michael J. Dalton
President
Norfolk Medical Products, Inc.
mjdalton@norfolkmedical.com

**Natan Pheil**  Thursday, April 30, 2015 8:30 AM

**Subject: FW: UT Southwestern**
**Date:** Thursday, October 2, 2014 at 4:13 PM
**From:** Norfolk Medical <mjdalton@norfolkmedical.com>
**To:** Natan Pheil <npheil@norfolkmedical.com>


**From:** Norfolk Mini <mjdalton@norfolkmedical.com>
**Date:** Thursday, October 2, 2014 at 3:57 PM
**To:** Brian Gaddy <bgaddy@ProgressiveMedInc.com>
**Subject:** Re: UT Southwestern

Hello Brian:

Just go in and talk with Dr. Matavoysan and ask why what happened happened. He was probably the one that the AngioDynamics rep talked to and he believed him. Rebecca said that she was there when the Angio rep said what he said so it was done in the Apheresis unit and that is Dr. Matavoysan's area. You have enough proof sources and documents to help him reconsider. He was the one who gave us the three units of blood for our trial and was there for the trial

He's should be the champion there. It isn't real difficult to see that they are gun shy because the Angio rep told them something.that we know is a lie. Remember that Rebecca said she was there when he said what he said.

Brian, I think you need to go in and talk with him face to face. He was very nice at our dinner and during the trial. We need to tell him that the Angio rep was not truthful.

Mike

**From:** Brian Gaddy <bgaddy@ProgressiveMedInc.com>
**Date:** Thursday, October 2, 2014 at 3:16 PM
**To:** Natan Pheil <npheil@norfolkmedical.com>
**Cc:** Jeff Connerly <JConnerly@ProgressiveMedInc.com>, Norfolk Mini <mjdalton@norfolkmedical.com>, Jordan Dalton <jdalton@norfolkmedical.com>, Mark Martin <MMartin@ProgressiveMedInc.com>
**Subject:** Re: UT Southwestern

I just got off the phone with Rebecca.

She had her meeting with the IR group. The group wants to know who is using the Sportport and specifically in the Apheresis population.

It's the first time in 16 years calling on UT that they didn't want to be first. I've done 4 start ups, they've always been in my short list of go to accounts for new things.

Rebecca mentioned to the group that it's fairly new. Gave them the bench test data. Explained the problems Apheresis is having with poor flow and high tpa usage.

Rebecca cannot figure out why they are so reluctant to place them. IR doesn't even follow the patient. She thinks there maybe some behind the scenes things going on.

Her next step is to ask the clinic doctors to push IR to place a few and see if Apheresis has better outcomes. She feels like she's done all she can.

We have no idea how long this might take to materialize.

As a frame of reference, I worked with UTSouthwestern recently on evaluation for two other products. One took 4 years for them to make a decision. The other took 2 years. We've been at this with them for 1 year.

Michael or Natan, I would encourage one of you to reach out to Dr. Matavoysan. He was there for the bench test, and was excited about what he saw. I got no response from my email to him.

I'll do everything I can to make this happen.


Brian Gaddy
817-909-7959

On Oct 1, 2014, at 3:13 PM, "Natan Pheil" <npheil@norfolkmedical.com> wrote:

> Re: UT SouthwesternIt's my understanding that Rebecca Dill had a meeting with IR yesterday. She contacted us asking for SportPort information and your information as well. I passed it along to her, so she may be another good person to communicate with. I hope her meeting went well and I plan to follow up with her in a few days for more information.
>
> Regards,
> Natan
>
>
> On 10/1/14 3:10 PM, "Brian Gaddy" <bgaddy@ProgressiveMedInc.com> wrote:
>
>> I'll get in touch with her.
>>
>> I've been working with Jennifer Wintz (spelling).
>>
>> Since Zoe left I'm not sure left hand knows what right hand is doing.
>>
>> Jennifer was supposed to have meeting Monday or Tuesday with IR to discuss.
>>
>>
>> Brian Gaddy
>> 817-909-7959
>>
>> On Oct 1, 2014, at 2:58 PM, "Jeff Connerly" <JConnerly@ProgressiveMedInc.com> wrote:
>>
>>> Brian,
>>>
>>> I was on call with Norfolk today and Natan mentioned one of the nurse that went dinner, Rebecca Dill, from UT had recently contacted them regarding wanting to move forward with the Sportport. Can you update us on activity there?
>>>
>>> Best Regards,
>>>
>>>
>>> # Jeff Connerly
>>>
>>> Senior Regional Manager/ Dir. Product Development
>>> Progressive Medical Inc.
>>> 997 Horan Drive
>>> Fenton, MO 63026
>>> 314-422-9773 Cell