UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NORFOLK MEDICAL PRODUCTS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 15 CV 00215 |
| v. | ) |
| | ) Hon. Sharon Johnson Coleman |
| Angiodynamics, Inc., | ) |
| | ) Mag. Judge Sidney Schenkier |
| Defendant. | ) |

## NOTICE OF MOTION

TO:    William P. Oberhardt                  Suzanne Maureen Parker
           WILLIAM P. OBERHARDT, LLC    Wesley Wellington Jones
           70 West Madison, Suite 2100        KACVINSKY DAISAK BLUNI PLLC
           Chicago, IL 60602                        50 Doaks Lane
                                                             Marblehead, Massachusetts 01945

      PLEASE TAKE NOTICE that on May 13, 2015, at 8:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Sharon Johnson Coleman or any judge sitting in her stead in Room 1425 at the William McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present **Plaintiff's Motion for Leave to File Second Amended Complaint,** *Instanter*, a copy of which is being served upon you *via* the Court's CM/ECF system.

Dated:  May 8, 2015                            Respectfully submitted,


                                                       NORFOLK MEDICAL PRODUCTS, INC.


                                                  By:   /s/ Michael P. Tomlinson
                                                        One of its attorneys

Michael P. Tomlinson
Michael Munley
Tomlinson Law Office, P.C.
8501 W. Higgins Road, Suite 420
Chicago, IL  60631
Phone:  (312) 715-8770
Fax:  (866) 625-7089